UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VIRGINIA G. TUCKER,<br><br>    Plaintiff,<br><br>vs.<br><br>CHOBANI, LLC a Delaware Limited Liability Company, CHOBANI IDAHO, LLC, an Idaho Limited Liability Company,<br><br>    Defendants. | CASE NO. 1:17-CV-345-BLW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter having come before the Court on the Stipulation of Dismissal with Prejudice (Dkt. 31), and good cause appearing therefore;

IT IS HEREBY ORDERED, that the Stipulation (docket no. 31) is APPROVED, and that all claims are dismissed and this action is dismissed in its entirety, with prejudice, with the parties to bear their own costs and attorney fees. The Clerk shall close this case.

DATED: May 6, 2019

_____
B. Lynn Winmill
United States District Judge